PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, Appellant, v. RICHMOND LIGHT AND RAILROAD COMPANY, Respondent. — Order affirmed, with costs on the opinion of Mr. Justice Kelly at Special Term. (Reported

---

* See 40 U. S. Stat. at Large, 76, chap. 15, as amd.— [REP.

in 108 Misc. Rep. 724.) Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.